1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5

6 | Attorney for Defendant
JESS BRASIER
7

8

9 |                    IN THE UNITED STATES DISTRICT COURT

10 |                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 | UNITED STATES OF AMERICA,      )  No. 2:08-CR-00453 LKK
                                   )
14 |                   Plaintiff,  )
                                   )  **ORDER AFTER HEARING**
15 |      v.                       )
                                   )
16 | JESS BRASIER & DEAN TESKEY,    )
                                   )
17 |                   Defendants. )  Judge: Hon. Lawrence K. Karlton
                                   )
18 | _____ )

19

20 |      A status conference was held October 15, 2008.  At the request of

21 | the defense, the Court scheduled a further status conference for November

22 | 12, 2008, at 9:15 a.m., and ordered time excluded under the Speedy Trial

23 | Act (18 U.S.C. § 3161(h)(8)(A) and (B)(iv) or Local Code T4), through

24 | that date, to afford adequate time to review discovery.

25 |      IT IS SO ORDERED.

26

27 | Dated:  October 22, 2008

28 |                                          _____
                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT