```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,
 9
                                            NO. CIV. S-08-2309 LKK/GGH
10           Plaintiff,

11       v.                                 _____

12  REAL PROPERTY LOCATED AT 57
    NELSIER PLACE, OROVILLE,                RELATED CASE ORDER
13  CALIFORNIA, BUTTE COUNTY,
    APN: 078-040-036, (FORMERLY
14  APN: 036-291-079) INCLUDING
    ALL APPURTENANCES AND
15  IMPROVEMENTS THERETO,

16           Defendant.
                                        /
17  _____
    UNITED STATES OF AMERICA,
18                                          No. CIV. S-08-2326 LKK/EFB
             Plaintiff,
19
         v.
20
    REAL PRPERTY LOCATED AT 22
21  NELSIER PLACE, OROVILLE,
    CALIFORNIA, BUTTE COUNTY,
22  APN: 078-040-022, (FORMERLY
    APN: 032-291-074) INCLUDING
23  ALL APPURTENANCES AND
    IMPROVEMENTS THERETO,
24
             Defendant.
25                                      /
    _____
26
```

1

```
 1  UNITED STATES OF AMERICA,
 2           Plaintiff,              No. CR. S-08-0453 LKK
 3       v.
 4  JESS VERNON BRASIER, and
    DEAN TESKEY,
 5
             Defendants.
 6  _____/
```

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123 for the reason that the civil forfeiture action arises from the same law enforcement investigation as the criminal prosecution, and thus involves substantially the same events and transactions. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The court hereby orders that:

The action denominated CIV. NO. S-08-2326 LKK/EFB is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in the reassigned case <u>only</u>, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-08-2326 LKK/GGH.

////

////

1  The Clerk of the Court shall make appropriate adjustment in
2 the assignment of civil cases to compensate for this reassignment.
3  IT IS SO ORDERED.
4  DATED:  October 29, 2008.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```