1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

6 Attorney for Defendant
JESS BRASIER

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,           ) No. 2:08-CR-00453 LKK
                                      )
14             Plaintiff,             )
                                      ) **ORDER AFTER HEARING**
15       v.                           )
                                      )
16 JESS BRASIER & DEAN TESKEY,        )
                                      )
17             Defendants.            ) Judge: Hon. Lawrence K. Karlton
                                      )
18 _____    )

20       A status conference was held November 12, 2008.  At the request of
21 the defense, the Court scheduled a further status conference for December
22 16, 2008, at 9:15 a.m., and ordered time excluded under the Speedy Trial
23 Act (18 U.S.C. § 3161(h)(8)(A) and (B)(iv) or Local Code T4), through
24 that date, to afford adequate time to review discovery.
25 /////
26 /////
27 /////
28 /////

1    Defendant Teskey was not present, but his attorney advised the Court
2 that he was absent with prior approval of Pretrial Services.  The Court
3 directed counsel for Mr. Teskey to file a waiver of appearance within the
4 next week.

5    IT IS SO ORDERED.

7 Dated:   November 14, 2008

8 /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
9 SENIOR JUDGE
UNITED STATES DISTRICT COURT