Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-453 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Lawrence K. Karlton<br>) Time:   9:15 a.m.<br>) Date:   April 14, 2009 |
| Dean Tesky, et.al., | ) |
| Defendants. | |

Defendants Dean Tesky and Jess Brassier were charged in a two count indictment alleging a conspiracy to manufacture over 100 marijuana plants and the manufacture of over 100 plants in violation 21 U.S.C. § 841(a)(1) and 846. A status conference was previously set for February 6, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to April 14, 2009, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

-1-

Dated: February 3, 2009          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Dean Tesky


                                 /s/ Tim Zindel
                                 Tim Zindel
                                 Attorney for Jess Brassier


                                  /s/ Michael Beckwith
                                 Michael Beckwith
                                 Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through April 14, 2009, based on Local Code T4, giving counsel reasonable time to prepare.
DATED: February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT