1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   JESS BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00453 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JESS BRASIER & DEAN TESKEY, | Date: April 14, 2009 |
| Defendants. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendants, Jess Brasier and Dean Teskey, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 14, 2009 may be continued to June 9, 2009, at 9:15 a.m.

Defense preparation and investigation is ongoing. Also, defense counsel is currently in a complex jury trial during April and May. In order to afford time to complete these tasks and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through June 9, 2009,

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 8, 2009  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL LOMBARDO

Dated: April 8, 2009  /s/ T. Zindel for
SHARI RUSK
Attorney for Defendant
DEAN TESKEY

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 8, 2009  /s/ T. Zindel for
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 9, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order                                -2-