1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JESS BRASIER
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:08-CR-00453 LKK
                                   )
14           Plaintiff,            )
                                   ) **ORDER AFTER HEARING**
15       v.                        )
                                   )
16  JESS BRASIER & DEAN TESKEY,    )
                                   )
17           Defendants.           ) Judge: Hon. Lawrence K. Karlton
                                   )
18  _____)

19

20       A status conference was held July 7, 2009.  The Court scheduled a

21  further status conference for August 25, 2009, at 9:15 a.m., and ordered

22  time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(A) and

23  (B)(iv) or Local Code T4), through that date, to afford additional time

24  to prepare.

25       IT IS SO ORDERED.

26  Dated:  July 29, 2009

27                                         /s/ Lawrence K. Karlton
                                           LAWRENCE K. KARLTON
28                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT