IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR. No. S-08-0453 LKK

  vs.

JESS VERNON BRASIER, et al.,

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,               CR. No. S-08-0518 LKK

  vs.

EDMOND JONES, et al.,

    Defendants.
_____/

      For reasons to be expressed in a later filed memorandum, and after review of all submissions, the undersigned does not find sufficient new and material evidence to modify or

\\\\\

\\\\\

\\\\\

1

1  vacate the previous detention order issued by the Honorable Kimberly Mueller with respect to
2  Jess Brasier.
3  Dated: 10/05/09

/s/ Gregory G. Hollows
U.S. MAGISTRATE JUDGE

6  brasier.ord