1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESS BRASIER

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        ) No. 2:08-CR-00453 LKK
                                    )
13          Plaintiff,              ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
14     v.                           ) **AND EXCLUDING TIME**
                                    )
15 JESS BRASIER,                    )
                                    ) Date:  October 20, 2009
16          Defendant.              ) Time:  9:15 a.m.
                                    ) Judge: Hon. Lawrence K. Karlton
17 _____  )

19      IT IS HEREBY STIPULATED AND AGREED between defendant, Jess Brasier,
20 and plaintiff, United States of America, by and through their attorneys,
21 that the status conference presently scheduled for October 20, 2009 may
22 be continued to October 27, 2009, at 9:15 a.m.
23      The parties are continuing to discuss a plea agreement.  In order to
24 afford time to complete these tasks and to assure continuity of defense
25 counsel, the parties agree that time under the Speedy Trial Act should be
26 excluded from the date of this order through October 27, 2009, pursuant
27 / / /
28 / / /

1 to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local
2 Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   October 16, 2009           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JESS BRASIER


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated:   October 16, 2009           /s/ T. Zindel for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney


# O R D E R

The status conference is continued to October 27, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 27, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   October 19, 2009           _____
                                    HON. LAWRENCE K. KARLTON
                                    United States District Judge