```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESS BRASIER
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  No. 2:08-CR-00453 LKK
                                    )
13                  Plaintiff,      )  STIPULATION AND ORDER
                                    )  CONTINUING STATUS CONFERENCE
14        v.                        )  AND EXCLUDING TIME
                                    )
15  JESS BRASIER,                   )
                                    )  Date:  October 27, 2009
16                  Defendant.      )  Time:  9:15 a.m.
                                    )  Judge: Hon. Lawrence K. Karlton
17  _____ )

18
```

19       IT IS HEREBY STIPULATED AND AGREED between defendant, Jess Brasier,

20  and plaintiff, United States of America, by and through their attorneys,

21  that the status conference presently scheduled for October 27, 2009 may

22  be continued to November 3, 2009, at 9:15 a.m.

23       The parties seek additional time to refine the proposed plea

24  agreement.  In order to afford time to complete these tasks and to assure

25  continuity of defense counsel, the parties agree that time under the

26  Speedy Trial Act should be excluded from the date of this order through

27  / / /

28  / / /

1  November 3, 2009, pursuant to Title 18, United States Code, Section
2  3161(h)(7)(A) and (B)(iv).

3                                          Respectfully Submitted,

4                                          DANIEL J. BRODERICK
                                        Federal Defender

6  Dated:   October 22, 2009      /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                        Attorney for JESS BRASIER

9                                          LAWRENCE G. BROWN
                                        Acting United States Attorney

11  Dated:   October 22, 2009      /s/ T. Zindel for
                                        MICHAEL BECKWITH
12                                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 3, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 3, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   October 23, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order                                    -2-