DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESS BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00453 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CORRECTING** |
| v. ) | **PRESENTENCE REPORT CONCERNING** |
| ) | **DEFENDANT BRASIER** |
| JESS BRASIER, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Jess Brasier, and plaintiff, United States of America, that the presentence report revised January 5, 2010, may be corrected as set forth in a separate list of corrections jointly prepared by the parties and provided to the probation officer under separate cover.

   In lieu of filing formal objections to the presentence report, counsel for Mr. Brasier and counsel for the government conferred and reached agreement regarding corrections to the presentence report. The probation office requires a court order before it will make the

1  corrections. The parties agree that the corrections are factually
2  accurate and should be made in order to obviate the need for formal
3  objections; the parties further agree that the revised presentence report
4  should be provided to the Court in place of the report dated January 5,
5  2010. The corrections are not attached to this stipulation because the
6  PSR is a confidential document.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   January 14, 2010        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JESS BRASIER


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:   January 14, 2010        /s/ T. Zindel for
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

The probation officer shall correct the final presentence report as set forth in the parties' submission and shall submit the corrected report to the Court in advance of sentencing.

IT IS SO ORDERED.

Dated:   January 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT