DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESS VERNON BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESS VERNON BRASIER and<br>DEAN TESKEY,<br><br>  Defendants.<br>_____ | No. 2:08-CR-0453 LKK<br><br>**STIPULATION AND ORDER<br>EXONERATING BOND AS TO<br>DEFENDANT BRASIER** |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jess Vernon Brasier, that the bond posted to secure Mr. Brasier's pretrial release may be exonerated and the property used to secure his bond may be reconveyed to the sureties.

  In September 2008, the magistrate judge ordered Mr. Brasier released on a bond secured by real property.  His bond was revoked six weeks later after his arrest in case no. 2:08-CR-0518 LKK.  Mr. Brasier remains in federal custody and is currently serving the 60-month sentence this Court imposed in January 2010.

1  In light of the above, the parties agree that the bond may be
2  exonerated and any liens on the property securing Mr. Brasier's release
3  may be removed.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated:  March 9, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JESS VERNON BRASIER


                               BENJAMIN B. WAGNER
                               United States Attorney


Dated:  March 9, 2010          /s/ T. Zindel for M. Beckwith
                               MICHAEL BECKWITH
                               Assistant U.S. Attorney


**O R D E R**

The bond posted to secure the release of defendant Brasier is exonerated.  The Clerk of the Court shall immediately reconvey the real property posted to secure Mr. Brasier's release.

IT IS SO ORDERED.

Dated:  March 10, 2010         /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

Stip. & Order Exonerating Bond          -2-