DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESS VERNON BRASIER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0453 LKK |
| Plaintiff, | |
| v. | **ORDER RE RETURN OF PROPERTY** |
| JESS VERNON BRASIER, | |
| Defendants. | |
| | Judge: Hon. Edmund F. Brennan |

On March 8, 2011, the Court heard defendant's motion under Federal Rule of Criminal Procedure 41 for return of property.  His motion seeks the immediate return of personal property seized during searches of his property in Oroville by the Drug Enforcement Administration and the Butte County Sheriff on September 16, 2008, and October 28, 2008.  Defendant is presently serving a five year sentence imposed on January 20, 2010, and all charges against him have been resolved.  This order memorializes the Court's rulings on defendant's motion.

/////

1    At the hearing, the court GRANTED defendant's motion and ordered
2  that the following property be immediately returned to defendant's wife,
3  Deborah Ann Brasier:

4    1.  A **1996 Ford pickup truck**, lic. no. 3289 MDP.

5    2.  A **Wells Cargo trailer**, lic. no. 4FE8376.

6    3.  **13 firearms**, including:

7        a.  A Colt model 90, serial no. NP 05808 (9 mm.);

8        b.  A Glock model 19, serial no. KWV099 (9 mm.);

9        c.  Smith & Wesson serial no. 113244 (.32);

10       d.  Smith & Wesson model 6 no. 555 (.38);

11       e.  Rohm GMBH model 63, serial no. 130967 (.22);

12       f.  Marlin model 28, serial no. 9469 (.12 gauge);

13       g.  Winchester model 1894, serial no. 627942 (30-30);

14       h.  55 Higgins model 30, serial no. 2552429 (.22);

15       i.  Glenfield model 20, serial no. 71315067 (.22);

16       j.  Remington model 572, serial no. 1626906 (.22);

17       k.  Connecticut Valley Arms serial no. 0058918 (.50);

18       l.  Springfield M1, serial no. 5320356;

19       m.  Wards Western Field .22 rifle, no serial no.

20   4.  A **DVR**, serial no. T330 1915;

21   5.  **Three CDs** containing family photos or videos, labeled "Sand
22       Mountain 5/08," and "Jason's birthday."

23   6.  A **Sony Cybershot camera**, serial no. 6894829;

24   7.  **Sony Handycam Camcorder**, serial no. 1076611;

25   8.  **NetGear Range Max wireless router**, serial no. 18R47A7P14S;

26   9.  **Dell Precision 330 CPU** (computer tower) serial no. J7FXL01;

27   10.  A **Motorola Razor cell phone**;

28   11.  **Ammunition** seized from the house.

1    At the request of counsel for the United States, the court made two

2  additional orders regarding the above property.

3    First, any item that is found to contain images of sexually explicit

4  conduct involving minors (defined at 18 U.S.C. § 2256) shall be returned

5  with those images removed.

6    Second, Deborah Ann Brasier shall submit a declaration detailing her

7  disposition of each of the above-listed firearms and the ammunition.  She

8  shall also submit receipts from the purchaser of any firearm or a

9  statement signed by any other person to whom a firearm or ammunition is

10 transferred.  Mrs. Brasier shall file her declaration on or before

11 September 8, 2011.

12    IT IS SO ORDERED.

13 Dated:  March 9, 2011

   EDMUND F. BRENNAN
14 UNITED STATES MAGISTRATE JUDGE