DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESS VERNON BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0453 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **EXONERATING BOND AND** |
| | ) | **DIRECTING RECONVEYANCE** |
| JESS VERNON BRASIER, | ) | |
| | ) | |
| Defendant. | ) | Judge:  Hon. Kendall A. Newman |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jess Vernon Brasier, that the $100,000 property bond posted to secure Mr. Brasier's pretrial release in September 2008 may be ordered exonerated.  The parties further agree that the Clerk of the Court shall reconvey the real property securing the bond to the sureties.

   On September 17, 2008, the Court ordered Mr. Brasier released on a $100,000 property bond.  However, after Mr. Brasier was arrested on a separate charge, the Court revoked his release on November 3, 2008.  Mr.

Brasier is presently in custody of the Bureau of Prisons serving the sentence imposed by Judge Karlton on January 20, 2010.  The parties agree that the bond he posted should be ordered exonerated.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  April 20, 2011                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JESS V. BRASIER

                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  April 20, 2011                  /s/ M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The property bond posted to secure Mr. Brasier's release is hereby exonerated.  The Clerk shall reconvey the property forthwith.

IT IS SO ORDERED.

Dated: April 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE