UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-08-453 LKK |
| Plaintiff, | |
| v. | <u>O R D E R</u> |
| JESS VERNON BRASIER, | |
| Defendant. | |

The court is in receipt of a document from Mr. Brasier which, despite its title, appears to be a request for federal habeas corpus.  The matter is referred to the clerk for proper processing.

IT IS SO ORDERED.

DATED: September 21, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1