1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10           Respondent,                No. CR-S-08-0453 LKK CKD P

11        vs.

12   JESS VERNON BRASIER,

13           Movant.                    ORDER

14   _____/

15           The undersigned hereby recuses herself from this action pursuant to 28 U.S.C.

16   § 455(a).  The Clerk of the Court is directed to randomly refer this case to another magistrate

17   judge and make any necessary adjustment to the process for assigning cases.

18    Dated: September 28, 2011

19                                      _____

20                                      CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE
21
22
23
24   1
     bras0453.rec
25
26

                                         1