BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-0453 LKK KJN |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JESS VERNON BRASIER, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   Good cause having been shown, the Government is granted leave to file the Request to Seal Exhibit 7 of the Government's answer to Defendant's Motion Under 28 U.S.C. § 2255, which was filed October 25, 2011, under seal.

   It is so ORDERED.

DATED: October 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1