1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11            Respondent,                    No. CR S-08-0453 LKK KJN P

12        vs.

13   JESS VERNON BRASIER,

14            Movant.                    <u>ORDER</u>

15   _____/

16            Movant is a federal prisoner, proceeding without counsel, with a motion to vacate,

17   set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant challenges his conviction

18   for conspiring to manufacture marijuana.  Movant is serving a sentence of 60 months

19   imprisonment.

20            The pending motion is titled, "Petition for Order Directing Amendment to Pre-

21   Sentence Report (Rule 32 FR Crim. P.)"  (Dkt. No. 107.)  On September 21, 2011, the Honorable

22   Lawrence K. Karlton construed the motion as a request for federal habeas corpus.  (Dkt. No.

23   108.)  Judge Karlton clearly construed movant's motion as having been brought pursuant to 28

24   U.S.C. § 2255.

25            Pursuant to <u>Castro v. United States</u>, 540 U.S. 375 (2003), a court must first warn

26   the litigant about the consequences of recharacterizing a pleading as a § 2255 motion.

1

1  Accordingly, movant is informed that the recharacterization of his petition as a motion brought

2  pursuant to 28 U.S.C. § 2255 may cause subsequent motions brought pursuant to 28 U.S.C. §

3  2255 to be subject to the restrictions on "second or successive" motions.  Castro, 540 U.S. at

4  383.

5          If movant is opposed to the recharacterization of his motion, he is granted thirty

6  days to withdraw his § 2255 motion *or* to amend it to contain all the § 2255 claims he believes he

7  presently intends to assert.  Id.

8          Accordingly, IT IS HEREBY ORDERED that movant is granted thirty days to

9  inform the court whether he objects to the recharacterization of his motion as having been

10  brought pursuant to 28 U.S.C. § 2255; if movant opposes this recharacterization, during that time

11  he may either withdraw his motion or file an amended motion containing all of his § 2255

12  claims; if movant does not respond to this order, the court will deem the original motion

13  submitted for decision; if movant files an amended motion, respondent's response to the

14  amended motion is due within thirty days thereafter; movant may file a response to the reply

15  thirty days thereafter.

16  DATED:  March 7, 2012

17

18                                            _____

19                                            KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
20  bra453.257

21

22

23

24

25

26