IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,           No. CR S-08-0453 LKK KJN P

    vs.

JESS VERNON BRASIER, et al.,

    Movants.           ORDER

_____/

    On April 27, 2012, movants filed a motion for return of property.  IT IS HEREBY ORDERED that:

    1. Within thirty days of the date of this order, respondent shall file a response to movants' motion; movants shall not file a reply to respondent's briefing unless ordered by the court;

    2. The Clerk of the Court shall serve a copy of movants' motion (Dkt. No. 133) and a copy of this order on the United States Attorney or his authorized representative.

DATED:  May 10, 2012

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

bra453.for

1