UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 08-CR-0453-LKK-KJN-P |
|---|---|
| Respondent, | |
| v. | ORDER |
| JESS VERNON BRASIER, | |
| Movant. | |

On May 30, 2013, the magistrate judge recommended that movants' motion for return of property (ECF No. 133) be denied. The parties were granted fourteen days to file objections to the findings and recommendations. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 30, 2013, are adopted in full; and
2. Movants' motion for return of property (ECF No. 133) is denied.

DATED: July 31, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT